# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 24-10368
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

May 16, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Carlos Ronquillo Vargas,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:23-CR-21-1

———————————————————————

Before King, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Carlos Ronquillo Vargas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Ronquillo Vargas has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Ronquillo Vargas's claims of ineffective assistance of counsel; we therefore decline to

———————————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10368

consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Ronquillo Vargas's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2. Ronquillo Vargas's motion to relieve counsel and appoint new counsel is DENIED, and his motion for an expedited ruling and motion to strike the supplemental brief and, in the alternative, for an extension of time to file a brief are DENIED.